IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANK LEE DEARWESTER,                              No. 2:13-cv-1250-CMK-P

      Plaintiff,

  vs.                                              ORDER

EDMUND G. BROWN, JR., et al.

      Defendants.

/

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed.  The parties have not all consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

      Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge to this case and to update the docket to reflect the new case number.

DATED: April 4, 2016

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1