IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LEE DEARWESTER, | No. 2:13-cv-1250-TLN-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| EDMUND G. BROWN, JR., et al. | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed a notice of voluntary dismissal. Good cause appearing therefor, this action is dismissed. See Fed. R. Civ. P. 41(a)(2). The Clerk of the Court is directed to close this file.

IT IS SO ORDERED.

DATED: August 26, 2016

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1